UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, )<br>        Plaintiff, )<br> )<br>vs. )<br> )<br>SYCAMORE SPRINGS HOMEOWNERS )<br>ASSOCIATION, INC., )<br>        Defendant. ) | 1:09-cv-0007-LJM-DML |

**AMENDED ENTRY OF JUDGMENT**

Through an Order dated August 30, 2010, the Court granted summary judgment in favor of plaintiff, Continental Casualty Company. Defendant, Sycamore Springs Homeowner's Association, Inc., shall take nothing by way of its counterclaim. Judgment is entered accordingly.

DATED this 30th day of August, 2010.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
    Deputy Clerk

Distribution attached.

Distribution to:

John Michael Bowman
PLEWS SHADLEY RACHER & BRAUN
mbowman@psrb.com

Shelley M. Jackson
PLEWS SHADLEY RACHER & BRAUN
sjackson@psrb.com

Donna C. Marron
PLEWS SHADLEY RACHER & BRAUN
dmarron@psrb.com

Peter M. Racher
PLEWS SHADLEY RACHER & BRAUN
pracher@psrb.com

Mary Kaye Reeder
RILEY BENNETT & EGLOFF LLP
mreeder@rbelaw.com